FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Termed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA R. HARO et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant. | No. CV 02-9587 CBM (SHx)<br><br>JUDGMENT |

In accordance with Federal Rule of Civil Procedure 58 and *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (requiring that a judgment must be set forth on a separate document), and consistent with this Court's Order of November 30, 2009, granting Plaintiffs' Motion for Summary Judgment, hereby **ENTERS JUDGMENT** in Plaintiffs' favor.  Defendant is hereby **ORDERED** to pay Plaintiffs three years of double overtime pay pursuant to 29 U.S.C. section 207(a).

IT IS SO ORDERED.

DATED: January 13, 2010          By_____
                                 CONSUELO B. MARSHALL
                                 UNITED STATES DISTRICT JUDGE