Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

Telephone: (310) 981-2000
Facsimile: (310) 337-0837

Attorneys for Defendant
City of Los Angeles



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tina R. Haro, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Los Angeles,<br><br>    Defendant. | Case No. CV 02-9587 CBM(SHx)<br><br>[~~PROPOS~~ED] ORDER VACATING JUDGMENT ENTERED JANUARY 13, 2010 IN ORDER TO GRANT PARTIES' REQUEST TO INCLUDE DESIGNATION OF SPECIFIC DAMAGES AMOUNT IN THE FINAL JUDGMENT<br><br>Date: n/a<br>Time: n/a<br>Judge: Hon. Consuelo B. Marshall |

    GOOD CAUSE appearing, pursuant to the parties' Stipulated Request that the Court Vacate the Judgment Entered January 13, 2010 to Allow Computation of Specific Damages Amount to Include in the Final Judgment, this Court hereby orders that the Judgment in this matter entered January 13, 2010 is VACATED pursuant to Federal Rule of Civil Procedure 60(a) and (b).

    The parties are ordered to file a joint report with this Court on April 5, 2010 concerning the status of damages calculations, and to file by May 5, 2010 a joint regularly noticed motion, with accompanying evidence or stipulated facts, concerning any disputed factual or legal issues pertaining to the calculation of

1  damages.  If there are no disputed issues concerning damages, the parties are
2  ordered to file by May 5, 2010 a joint status report specifying a damages amount,
3  and any calculations they request be included in the final judgment.
4      IT IS SO ORDERED.

6  DATED: __1/21__, 2010

    HON. CONSUELO B. MARSHALL
    Judge of the United States District Court,
    Central District