**TERMED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA A. HARO, JAMES A. PITILLO, JOHN BOYD, et al, <br><br>  Plaintiffs, <br>  v. <br> CITY OF LOS ANGELES, etc. <br><br>  Defendant. | Case No. CV 02-9587 CBM <br><br><br><br> **JUDGMENT** |

    This action came on for decision before the Court on facts stipulated by the parties, Honorable Consuelo B. Marshall, United States District Judge, presiding, and the issues having been duly decided and findings and conclusions having been duly rendered,

    IT IS ORDERED AND ADJUDGED that the following plaintiffs recover of the defendant back wages and liquidated damages in the amounts set forth in the following schedule:

| Plaintiff | Back Wages | Liquidated Damages |
|---|---|---|
| 1.  Armendariz, Ruben | $75,835.53 | $75,835.53 |
| 2.  Brown, Frank | $47,070.24 | $47,070.24 |
| 3.  Carmona, Ivan | $21,863.30 | $21,863.30 |

| | | | | |
|---|---|---|---|---|
| 4. | Dawson, Kenneth | $109,202.54 | $109,202.54 |
| 5. | Gillenwater, Donald | $107,052.57 | $107,052.57 |
| 6. | Goldsworthy, James | $32,576.18 | $32,576.18 |
| 7. | Gonzalez, Robert | $96,494.94 | $96,494.94 |
| 8. | Gutierrez, Paul | $51,806.29 | $51,806.29 |
| 9. | Koller, Karl | $29,842.64 | $29,842.64 |
| 10. | Limon, Michael | $123,733.61 | $123,733.61 |
| 11. | Marek, Patrick | $50,662.56 | $50,662.56 |
| 12. | Martinez, Miguel | $108,740.20 | $108,740.20 |
| 13. | Matamoros, Eddie | $65,480.26 | $65,480.26 |
| 14. | Molina, Ricardo | $92,836.12 | $92,836.12 |
| 15. | Naeole, Alan | $17,393.54 | $17,393.54 |
| 16. | Nguyen, Tony Tran | $65,897.09 | $65,897.09 |
| 17. | Palma, Michael | $109,805.73 | $109,805.73 |
| 18. | Pilato, Brandi | $65,527.59 | $65,527.59 |
| 19. | St. Georges, Joseph | $26,569.22 | $26,569.22 |
| 20. | Skubik, Arthur | $66,221.85 | $66,221.85 |
| 21. | Stafford, Thomas | $1794.51 | $1794.51 |
| 22. | Steiner, Carey | $57,911.54 | $57,911.54 |
| 23. | Stone, Ervin | $35,017.81 | $35,017.81 |
| 24. | Torres, Moises | $77,434.36 | $77,434.36 |
| 25. | Vargas, Carlos | $130,075.85 | $130,075.85 |
| 26. | Weisehan, Wayne | $105,676.97 | $105,676.97 |
| **Totals:** | | **$1,772,523.04** | **$1,772,523.04** |

Dated: December 09, 2011    

HON. CONSUELO B. MARSHALL