UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tina R. Haro, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>City of Los Angeles,<br><br>             Defendant | Case No. CV 02-9587 CBM(SHx)<br><br>[~~PROPOSED~~] ORDER REGARDING AMOUNT OF FEES AND COSTS<br><br>Date:    n/a<br>Time:   n/a<br>Judge:  Hon. Consuelo B. Marshall |

557935.1 LO160-025

[PROPOSED] ORDER REGARDING AMOUNT OF FEES AND COSTS

1   GOOD CAUSE appearing, pursuant to the parties' Stipulation Regarding
2   Amount of Fees and Costs, this Court hereby awards plaintiffs attorneys' fees in the
3   amount of $153,525, and costs and expenses in the amount of $3,909.58

5   IT IS SO ORDERED.

7   DATED: January 13, 2012

HON. CONSUELO B. MARSHALL
Judge of the United States District
Court, Central District

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045